Respondent Mark Douglas Johnson shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **JOHNSON, K.O.** (MR 20177)
De Kalb, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b)is allowed. Respondent K.O. Johnson is censured and directed to attend the professionalism seminar of the Illinois Professional Responsibility Institute within six months of the entry of this order.